IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**CHRISTOPHER WIGFALL,**

    Petitioner,

v.   **CRIMINAL ACTION NO.: 3:17-CR-4**
    **CIVIL ACTION NO.: 3:20-CV-70**
    **(GROH)**

**UNITED STATES OF AMERICA,**

    Respondent.

### ORDER ADOPTING REPORT AND RECOMMENDATION

Now before the Court is a Report and Recommendation ("R&R") of United States Magistrate Judge Robert W. Trumble. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Trumble for submission of a proposed R&R. Magistrate Judge Trumble issued his R&R [ECF No. 196[1]] on August 19, 2020. Therein, Magistrate Judge Trumble recommends that the Petitioner's § 2255 petition [ECF No. 186] be denied and dismissed.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court must conduct a *de novo* review of the magistrate judge's findings where objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objection is made. Thomas v. Arn, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and of a petitioner's right to appeal this Court's Order. 28.U.S.C. § 636(b)(1); Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); United States v. Schronce, 727 F.2d 91, 94 (4th Cir.

---

[1] All ECF Numbers refer to the Petitioner's case in Criminal Action Number 3:17-CR-4

1984).

Objections to Magistrate Judge Trumble's R&R were due within fourteen plus three days of service. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The R&R was mailed to the Petitioner by certified mail on August 19, 2020. ECF No. 196. The Petitioner accepted service on August 25, 2020. To date, no objections have been filed. Accordingly, this Court reviews the R&R for clear error.

Upon careful review and thoughtful consideration, it is the opinion of this Court that Magistrate Judge Trumble's R&R [ECF No. 196] should be, and is hereby, **ORDERED ADOPTED** for the reasons more fully stated therein. Therefore, the Petitioner's § 2255 Petition [ECF No. 186] is **DENIED** and **DISMISSED**.

Furthermore, the associated Civil Action (3:20-CV-70) is also **DISMISSED** and **ORDERED STRICKEN** from the Court's active docket. The Clerk of Court is **DIRECTED** to mail a copy of this Order to the *pro se* Petitioner by certified mail, return receipt requested, at his last known address as reflected on the docket sheet.

**DATED:** October 7, 2020

_____
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE